IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**ABDULLAH AL KARIM (aka Jeremy Mims)**                                        **PLAINTIFF**

V.                              **CASE NO. 2:25-CV-2050**

**OFFICER #4761 SETH DOMINIC, et. al.**                                         **DEFENDANTS**

**ORDER**

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 14) filed in this case on August 15, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 3rd day of September, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE